1. Mr. Lazell D. Jackson Sr.                Cause: Wrongful
2.        Vs.                                Conviction
3. The State of Texas                       July 30, 2024
4.   City of Dallas                          Page # 1 of 10
5.      Comes now, Mr. Lazell D Jackson Sr. and
6. brings this lawsuit against The State of Texas,
7. City of Dallas for the wrongful conviction in the
8. August 3, 1990 arrest of Mr. Lazell D. Jackson Sr.
9. and Darryl R. Walter for the alleged offense
10. of Aggravated Sexual Assault with a deadly
11. weapon of one Ms. Victoria Harrison,
12. who was at that time older than the both
13. of us, me and the co-defendant Darryl
14. Walter at that time.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

1. Wrongful Conviction					July 30, 2024
2. 							Page #2 of 16
3.     On the night of August 8, 1990 I Lazell Jackson
4. was in the process of moving from the house that I lived
5. in on the corner of Beckley and Fifth St. in Dallas,
6. Texas. I became tired of moving and I took a break.
7. I had moved everything except my King size mattresses,
8. of which, I was going to leave in the house
9. until I realized how much a set of King size
10. mattresses would cost new,
11.     Later that same evenning, I asked Darryl
12. Walter to come help me get my mattresses. On
13. the way there we took the expressway, we exited
14. of the expressway on the Eighth St. exit. While
15. waiting at the Red light, Darryl yelled out the
16. passenger window at a lady. This is where we
17. encountered Ms. Victoria Harrison. Darryl was trying
18. to meet her and asked what would it cost to
19. spend some time with her. Ms Harrison was a
20. working woman at that time. She responded to
21. Darryl and said "you don't have enough money."
22.     Darryl in turn responded by showing her a
23. hand full of money. Then the light changed so
24. I told him I had to go. She said "Hold On."
25. I said "No, I have to pull off, you can come
26. with us if you want, I'm just going around
27. the corner from here." So she got in the
28. car.

1. Wrongful Conviction                                July 3, 2024
2.                                                    Page 3 of 16
3.   I Lazell D. Jackson pulled off from the light,
4. turned right on 8th St., went to the light on
5. Beckley and turned right and went down to 5th St.
6. and made a left and stopped at the corner at the
7. house that I was once renting. We got out of
8. the car, Darryl and Ms. Harrison got out first.
9.   They began to argue over the price of money in
10. exchange for her to indulge in sex with Darryl. Then
11. I got out of the car and walked between the
12. two of them and told Darryl to stop acting
13. like that. I told him to give her what he agreed to
14. and stop making all that noise in this neighborhood.
15.   He gave her the money, I unlocked the door
16. and told them to hurry up. Then I went in
17. another room in the house.
18.   Shortly after that, I heard a knock on the
19. front door. As I was going to answer it, I saw
20. the Police car lights flashing through the window.
21. Darryl asked who was that. I told him it's
22. the Police. I told him to be quiet and I
23. took my shirt off and answered the door.
24.   The officer asked was everything alright.
25. I said "Yes." He then asked was I in the house alone
26. I said "No", there's a friend in here.
27.
28.

1. Wrongful Conviction                                    July 30, 2024
2.                                                        Page #4 of 10
3.    Officer Nosworthy immediately tried to shove his
4. shotgun in my face, but I slammed the door on
5. the barrel of his gun and grabbed a hold of it.
6. His partner, Officer Everett backed off the front
7. porch and pulled his handgun and told me to let
8. the gun go. I said "your partner just tried to
9. shoot me in my face".
10.   He told Officer Nosworthy to calm down that
11. he had the situation. Officer Everett then told me
12. to come out of the house, let the gun go and
13. to get on my knees. I said "O.K., but you
14. have to tell him not to shoot. I came out
15. and pushed the gun and Officer Nosworthy back,
16. put my hands up and knelt down, with my hands
17. behind my head.
18.   Officer Nosworthy attempted to attack me
19. but Officer Everett stopped him and told him to
20. go check inside the house. Officer Everett
21. handcuffed me and put me in the police car.
22. Then Ms. Harrison emerged out of the house
23. scared, crying and nude from her waist down.
24.
25.
26.
27.
28.

1. Wrongful Conviction                           July 30, 2024
2.                                                Page #5 of 10
3.    The officer covered her and called an
4. ambulance. After that they searched the house
5. and found Darryl Walter under the sink hiding
6. in the kitchen cabinet. Then I was transported
7. to jail. They searched the house where I had
8. lived. They thought we were in an empty house,
9. but I told them that I had been renting
10. that house and I was moving. I told them
11. I was coming to get my mattresses and Darryl
12. Walter met that lady on our way there.
13.    They had already searched the house and found
14. an old survival Rambo knife with some matches
15. in the handle and a compass on it between the
16. mattress where I left it. I forgot it was
17. there. I kept it there for protection when
18. I was living there. They brought the knife
19. out and charged me with Aggravated Sexual Assault
20. with a deadly weapon and I didn't do
21. nothing or have a weapon
22.    Later they came with some papers and
23. said that I needed to sign them to give
24. them permission to search the house.
25.
26.
27.
28.

1. Wrongful Conviction                                July 30, 2024
2.                                                     Page # 6 of 4.
3.    I Lazell D. Jackson Sr. was held for 20 months
4. in the Government Center, a Dallas County jail.
5. In 1992 I was taken to court. Judge;
6. Mr. Patrick McDowell was the original judge
7. presiding over the charged offense of
8. Aggravated Sexual Assault with a deadly
9. weapon.
10.    I Lazell D Jackson Sr. was charged
11. with another lesser charge of sexual assault of
12. a woman named Ms Angela Zackery of whom I
13. was familiar with her family because we
14. lived in the same neighborhood. I will get to
15. that after explaining what happenned with this
16. primary charge.
17.    The jury was selected and court proceedings
18. began. The Victim, Ms Victoria Harrison was on
19. the stand. She was asked if she saw the
20. man in the courtroom that assaulted her.
21. She said "No", then the District Attorney
22. left his table and walked over toward my
23. table and waived his hand in a gesture as
24. to point me out and said; "look good Ms
25. Harrison, maybe his hair was different or
26. something, Do you see the man in this
27. courtroom that assaulted you. I said to my
28. lawyer; "you need to object or something!"

1. Wrongful Conviction                    July 30, 2024
2.                                         Page # 7 of 14
3.     I further said, "He can't just walk over
4. here and point me out. My lawyer at that
5. time was not a criminal courts lawyer.
6. His name is Mr. Kenneth Weatherspoon and he
7. was at that time, a Civil Suits lawyer.
8.     After I tried to encourage him to object
9. he responded: "You need to be quiet before
10. you make the judge mad."
11.     I told him I don't care about the
12. judge getting mad; I am the one who is locked
13. up. He attempted to object but the jud
14. postponed the trial. The next day the
15. trial resumed, Judge Patrick McDowell was
16. not there. He had been replaced with a
17. substitute judge named Judge Stephens.
18.     This time Darryl Walter was brought
19. into the courtroom and the question was
20. asked again to Ms. Harrison. "Do you see
21. the men in this courtroom that assaulted
22. you". Ms. Victoria Harrison looked at me
23. Lazell D. Jackson Sr. and said,
24. " He didn't do nothing." Ms Harrison
25. looked at Darryl Walter and said "It was him".
26.     I said to my lawyer " let's go!," he
27. said "be quiet".
28.

1. Wrongful Conviction                    July 30, 2024
2.                                         Page # 8 of 16
3.     Then Mr. Weatherspoon attempted to speak.
4. The Judge, Mr. Stephens told him "Shut-Up Boy,
5. you know you don't have no business in this
6. courtroom. Judge Stephens also told
7. Ms. Harrison to shut-up.
8.     I asked my lawyer "Are you going to let
9. him talk to you like that?" Mr. Weatherspoon
10. attempted to tell me to be quiet again, I
11. was furious; I told Mr. Weatherspoon that
12. I would slap him myself.
13.     Then Judge Stephens called us up to
14. the bench. Mr. Stephens asked me; "Why didn't
15. I stop Mr. Darryl Walter from
16. assaulting Ms. Harrison". I responded;
17. "I did." I stopped them from arguing
18. and I made Mr. Walter pay Ms Harrison
19. the money they agreed on.
20. And they did what they did. It was not
21. my job to stop him anyway, I'm not
22. the police.
23.     Judge Stephens responded; "I'm
24. sentencing you 20 years for not stopping
25. him." I was taken back to the tank
26. and locked up. A few days
27. later I was called out and under duress,
28. I was forced to plead out to the lesser charge.

1. Wrongful Conviction              July 30, 2024
2.                                   Page #9 of 10
3.     Under duress I was forced to plead out
4. to the lesser charge of sexual assault by
5. them threatenning me and saying:
6. "Since you lost the first case and got
7. 20 years, if you take this to trial and
8. lose the judge will give you more time
9. than 20 years."
10.    The conviction was placed on appeal.
11. I was then transported to the tank
12. 11-S-10 that I was being held in and waited
13. for the Texas Dept of Corrections to come
14. get me. Before long I was picked up
15. and placed on Hobby Unit in Marlin Texas.
16.    I had appealed the conviction,
17. My Appeals lawyer was Mr. John Keys Jr
18. He came down to the Unit to visit me
19. and told me that they had told him to
20. stop representing me.
21.    After doing 18½ years, I wrote
22. the Parole Board and told them not to
23. contact me anymore. That I did not
24. want parole. They forced me into taking
25. this S.O.T.P. program. At this
26. Sex Offender Treatment Program is where
27. I met Ms. Beard. She was a
28. Psycho-Therapist in the program.

3. We talked and I told her that I did not
4. commit this crime. She responded; "I hear
5. that a lot from people." Ms. Beard said that
6. she was going to make a trip to Dallas to
7. look into my case and find out for herself,
8. so she did.
9.     When Ms. Beard made it back to the
10. Goree Unit, she called me to her office.
11. When I entered her office, she said:
12. Have a seat. I did, then I noticed that
13. she had been crying, so I asked was
14. she alright.
15.     Ms. Beard responded "I'm sorry, I
16. didn't believe you". I went to Dallas and
17. checked up on your case. I was told
18. to get back down there and do my job
19. in that program and leave this case
20. alone. I just looked at Ms. Beard and
21. said: "I told you..."
22.     I am sueing the State Of Texas,
23. City of Dallas for pain and suffering, Psychological
24. physical, and verbal abuse. The loss of my
25. loved ones during the time of the State Of
26. Texas holding me in incarceration. Also
27. the years I lost out of my sons life
28. and the destruction of my life.

1. Wrongful Conviction                              July 30, 2024
2.                                                   Page #11 of 11
3.   I am sueing for my name to be
4. removed from the Sex Offender treatment
5. Registration requirement as well as this
6. Charge being removed from my record
7.   I am sueing to be compensated in
8. the amount of $50,000,000.00
9.
10. Under penalty of perjury I attest
11. that everything written here is true and
12. correct to the very best of my
13. knowledge
14.         Signed this August 7, 2024
15.         Lazell D. Jackson
16.              Pro Se
17.
18. Please mail your response to:
19.
20.     St. Francis Place Apts.
21.     Mr. Kennie Jackson
22.     Apt. 210
23.     2121 52nd St
24.     Dallas, Tx. 75216
25.
26.   Thank You
27.
28.

LEGAL MAIL

NORTH TEXAS TX P&DC
DALLAS TX 750
9 SEP 2024 PM 9 L

Mr. LoZell D. Jackson Sr.
2401 6426
Lew Sterett Justice Ctr.
N. Tower 4E-06
P.O. Box 660334
Dallas, TX 75266

United States District Court
For The Northern District of
Texas Dallas Division
Magistrate Judge: Lee Ann Reno
205 E. Fifth St.
Amarillo TX 79101

79101-156321